JMD HOLDING CORP., Respondent, v CONGRESS FINANCIAL CORPORATION, Appellant, et al., Defendant.

Submitted July 6, 2004; decided September 7, 2004

Motion to dismiss appeal denied.

In the Matter of MELISSA S., Petitioner, v FREDERICK T., Respondent. MITCH KESSLER, Nonparty Appellant.

Submitted June 21, 2004; decided September 7, 2004

Motion for leave to appeal dismissed upon the ground that appellant, having taken no appeal to the Appellate Division, may not appeal to the Court of Appeals from the Appellate Division order of affirmance (*see Burrows v Burrows*, 97 NY2d 695 [2002]; *Dellavalle v Howell Co.*, 93 NY2d 953 [1999]).

In the Matter of CHARLIE MIXON, Appellant, v FRANK J. CLARK, as Erie County District Attorney, et al., Respondents.

Submitted June 21, 2004; decided September 7, 2004

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that dismissed the appeal taken to that Court, dismissed upon the ground that no motion for leave to appeal lies from an Appellate Division order dismissing an appeal from a decision of Supreme Court (*see* CPLR 5602); motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that denied poor person relief, dismissed upon the ground that such part of the order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.